# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LARRY DAML AND BRENDA DAML, | Civil No. 07-4384 (JRT/FLN) |
| Plaintiffs, | |
| v. | |
| KEVIN MEYERS; KENNETH MEYERS; TOTAL TITLE, LLC; AND INVESTCO, INC., | **ORDER** |
| Defendants, | |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Intervenor. | |

---

Nicholas Slade, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Scott Miller, **MILLER & KELLERMEIER, PA**, 3601 Minnesota Drive, Suite 800, Edina, MN 55435, for intervenor.

This matter is before the Court on the motion for reconsideration filed by intervenor, Federal Home Loan Mortgage Corporation.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. That the Default Judgment entered in favor of Plaintiffs Larry Daml and Brenda Daml on August 26, 2008 be vacated; and

2. Federal Home Loan Mortgage Corporation shall file a memorandum identifying and describing the issues that it intends to address within three weeks.  The plaintiff will have two weeks to file a response.  A reply from Federal Home Loan Mortgage Corporation will be due one week after the response.

Let This Order be entered accordingly:

DATED: July 9, 2009  
at Minneapolis, Minnesota

       s/John R. Tunheim
JOHN R. TUNHEIM  
United States District Judge