# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LARRY DAML AND BRENDA DAML, | Civil No. 07-4384 (JRT/FLN) |
| Plaintiffs, | |
| v. | |
| KEVIN MEYERS; KENNETH MEYERS; TOTAL TITLE, LLC; AND INVESTCO, INC., | **ORDER** |
| Defendants, | |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Intervenor. | |

---

Nicholas Slade, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Scott Miller, **MILLER & KELLERMEIER, PA**, 3601 Minnesota Drive, Suite 800, Edina, MN 55435, for intervenor.

This matter is before the Court on the request made by the plaintiff for the parties to schedule a settlement conference before Magistrate Judge Noel.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Parties are directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a settlement conference.

DATED: October 22, 2009
at Minneapolis, Minnesota                             ___s/John R. Tunheim_____
                                                      JOHN R. TUNHEIM
                                                      United States District Judge